1 | Susan St. Vincent
2 | Legal Officer
  | NATIONAL PARK SERVICE
3 | Legal Office
  | P.O. Box 517
4 | Yosemite, California  95389
  | Telephone:  (209) 372-0241
5

6

7

8                    UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        No.  6:14-mj-0069-MJS

12 |         Plaintiff,

13 |     v.                            **MOTION TO DISMISS; AND ORDER THEREON**

14 | MICHAEL P. MCCARTEN,

15 |         Defendant.

16

17        Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of

18 Court endorsed hereon, the United States hereby moves the Court for an order of

19 dismissal without prejudice and in the interest of justice

20 .

21

22        Dated:  October 31, 2016         NATIONAL PARK SERVICE

23

24                                          /S/ Susan St. Vincent_____
                                           Susan St. Vincent
25                                         Legal Officer

26

27

28
                                          1

**<u>ORDER</u>**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. McCarten* 6:14-my-0069-MJS, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   October 31, 2016                    /s/ *Michael J. Seng*
                                                           UNITED STATES MAGISTRATE JUDGE